1

2

3

4

5

6

7

**O**
**JS-6**

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  CRAIG RICKETTS; JNR PARTNERS,          Case No. 2:13-cv-00521-ODW (CWx)
    LLC; LIBERTY COVE RESORT
12  HOLDINGS, LLC; ROCKINGHAM            **DISMISSAL ORDER**
    ASSET MANAGEMENT, LLC;
13  WESTRIDGE INVESTMENT GROUP,
    INC.; WARRINGTON INVESTMENTS,
14  LLC; BIG HORN SONORA, S.A. DE
    C.V.A.; and VARIABLE CAPITAL
15  CORPORATION OF THE UNITED
    MEXICAN STATES AKA BIG HORN
16  SONORA, S. DE RL. DE C.V.,

17              Plaintiffs,

18       v.

19  STEPHEN HAAH; HARVEST ASSET
    MANAGEMENT, INC; ROCKINGHAM
20  ASSET MANAGEMENT, INC; and
    DOES 1–10, inclusive,
21
                Defendants.
22

23       On June 26, 2013, the Court granted Defendant Stephen Haah's Motion to

24  Dismiss and dismissed the Complaint in its entirety.  (ECF No. 29.)  Plaintiffs were

25  given until July 2, 2013, to file an amended complaint.  They have failed to do so.

26  Accordingly, this case is hereby **DISMISSED**.

27       Further, for the reasons discussed in the Court's June 26, 2013 Order, the earlier

28  entry of default is hereby **VACATED**.  (ECF No. 22.)  Each of the Defendants is in a

position similar to that of Stephen Haah.  *Silverton v. Dep't of the Treasury*, 644 F.2d 1341, 1345 (9th Cir. 1981) ("A District Court may properly on its own motion dismiss an action as to the defendants who have not moved to dismiss where such defendants are in a position similar to that of moving defendants or where claims against such defendants are integrally related.").

**IT IS SO ORDERED.**

July 8, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2